UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARCO LABORATORIES, INC. | * | |
| | * | |
| Plaintiff | * | CIVIL NO. 3:01CV1277(AWT) |
| | * | |
| vs. | * | |
| | * | |
| GOODRICH CORPORATION and ROSEMONUNT AEROSPACE, INC. | * | |
| | * | |
| Defendants | * | OCTOBER 1, 2003 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to the provisions of Rule 15 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned attorneys, Peter D. Clark and Melissa M. Rich, hereby move to withdraw their appearance for the counterclaim defendant, HARCO Laboratories, Inc. on the grounds that HARCO Laboratories, Inc. is represented by other counsel in this matter who will be defending the counterclaim.

THE COUNTERCLAIM DEFENDANT
HARCO LABORATORIES, INC.

BY: _____
PETER D. CLARK
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
Telephone: 203/925-9688
Federal Bar No: ct06814

**GRANTED. It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/17/03