126

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  A 11: 43
U.S. DISTRICT COURT
HARTFORD, CT.

---

HARCO LABORATORIES, INC.,

  Plaintiff,

vs.

GOODRICH CORPORATION and
ROSEMOUNT AEROSPACE, INC.,

  Defendants.

Case No. 301CV 1277 (AWT)

March 1, 2004

---

## REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Plaintiff, Harco Laboratories, Inc., requests leave to submit the accompanying "Plaintiff Harco Laboratories Inc.'s Supplemental Memorandum In Opposition To Defendant's Motion For Partial Summary Judgment That Rosemount Did Not Commit Fraud On The Patent And Trademark Office". This supplemental memorandum is submitted to call the Court's attention to relevant decisions which have occurred since Harco's filing of its original opposition brief in July 2003.

Accordingly, it is requested that this Request for Leave to File Supplemental Memorandum be granted.



GRANTED. The Clerk shall docket the attached supplemental memorandum. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/4/04

FILED
2004 MAR -4  P 2: 30
U.S. DISTRICT COURT
HARTFORD, CT.