IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

HARCO LABORATORIES, INC.,

    Plaintiff,

    vs.

GOODRICH CORPORATION and
ROSEMOUNT AEROSPACE, INC.,

    Defendants.

Case No. 301CV 1277 (AWT)

March 30, 2004

---

## REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Plaintiff, Harco Laboratories, Inc., requests leave to submit the accompanying

**"PLAINTIFF HARCO LABORATORIES INC.'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT RE FUNCTIONALITY**

This supplemental memorandum is submitted to call the Court's attention to relevant decisions which have occurred since Harco's filing of its last reply brief on this issue in August 2003.

Accordingly, it is requested that this Request for Leave to File Supplemental Memorandum be granted.

Respectfully submitted,

March 24, 2004
Date

_____
Wesley W. Whitmyer, Jr.   (ct03509)
Stephen P. McNamara (ct01220)
Arlana S. Cohen (ct21707)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Daniel W. McDonald
MERCHANT & GOULD PC
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Elizabeth A. Alquist
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

March 24, 2004
~~Feb. 17, 2004~~

_____