# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARCO LABORATORIES, INC., | : | CIVIL ACTION NO. 3:01CV1277(AWT) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| GOODRICH CORPORATION and | : | |
| ROSEMOUNT AEROSPACE INC., | : | |
| | : | APRIL 19, 2004 |
| Defendants. | | |

### ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO HARCO'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE FUNCTIONALITY

Goodrich Corporation and Rosemount Aerospace Inc. hereby respectfully move for an extension of time to respond to Harco Laboratories, Inc.'s pending Request for Leave to File Supplemental Memorandum in Support of Motion for Summary Judgment Re Functionality up to and including May 4, 2004, due to workload.  In an April 15, 2004, phone call, Plaintiff's counsel Stephen McNamara agreed to Defendants' request for a two-week extension of time. This is the first request for an extension of time to respond to this motion.

-2-

WHEREFORE, Defendants respectfully request that the Court ORDER an extension of time, up to and including May 4, 2004, for Defendants to respond to Plaintiff's Request for Leave to File Supplemental Memorandum in Support of Motion for Summary Judgment Re Functionality.

          DEFENDANTS, GOODRICH
          CORPORATION AND ROSEMOUNT
          AEROSPACE INC.

          By: _____

James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Tel. (869) 275-0100
Fax: (806) 275-0343
jmahanna@dbh.com

Daniel W. McDonald (ct23281)
Joel E. Bergstrom, (CT 25647)
William D. Schultz (ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

      *Their Attorneys*

-3-

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 19th day of April, 2004, via first class mail, postage prepaid, to:

Wesley W. Whitmyer, Jr.
Stephen McNamara
Arlana S. Cohen
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905

                                                                         _____
                                                                            James Mahanna