UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARCO LABORATORIES, INC., | : CIVIL ACTION NO. 3:01CV1277(AWT) |
| Plaintiff, | : |
| VS. | : |
| GOODRICH CORPORATION and ROSEMOUNT AEROSPACE INC., | : |
| Defendants. | : APRIL 19, 2004 |

### ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO HARCO'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE FUNCTIONALITY

Goodrich Corporation and Rosemount Aerospace Inc. hereby respectfully move for an extension of time to respond to Harco Laboratories, Inc.'s pending Request for Leave to File Supplemental Memorandum in Support of Motion for Summary Judgment Re Functionality up to and including May 4, 2004, due to workload. In an April 15, 2004, phone call, Plaintiff's counsel Stephen McNamara agreed to Defendants' request for a two-week extension of time. This is the first request for an extension of time to respond to this motion.

Extension GRANTED, nunc pro tunc, to and including May 4, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  04/23/04