UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARCO LABORATORIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:01CV1277 (AWT) |
| | ) | |
| vs. | ) | |
| | ) | |
| GOODRICH CORPORATION, and | ) | |
| ROSEMOUNT AEROSPACE INC. | ) | May 4, 2004 |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that Rosemount Aerospace Inc. has manually filed Exhibit E to
Rosemount's Memorandum in Opposition to Harco's Request for Leave to File Supplemental
Memorandum Regarding Harco's Motion for Summary Judgment Re Functionality.

Exhibit E has not been filed electronically because the electronic file size of the
document exceeds 1.5 megabytes.

**GOODRICH CORPORATION and
ROSEMOUNT AEROSPACE INC.**

By their attorneys,

_____
James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Tel. (869) 275-0100
Fax: (806) 275-0343
jmahanna@dbh.com


Daniel W. McDonald (MN 168580, ct23281)
Joel E. Bergstrom, (MN 298955, ct25647)
William D. Schultz (MN323482, ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

Attorneys for Defendants


## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 4th day of May, 2004, via first class mail, postage prepaid, to:

Wesley W. Whitmyer, Jr.
Stephen McNamara
Arlana S. Cohen
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905


_____
James Mahanna

2