IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x

HARCO LABORATORIES, INC.,

    Plaintiff,

vs.      Case No. 301CV 1277 (AWT)

GOODRICH CORPORATION and
ROSEMOUNT AEROSPACE, INC.,

                                                  March 30, 2004

    Defendants.

------------------------------------------------------------x

## REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Plaintiff, Harco Laboratories, Inc., requests leave to submit the accompanying

**"PLAINTIFF HARCO LABORATORIES INC.'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT RE FUNCTIONALITY**

This supplemental memorandum is submitted to call the Court's attention to relevant decisions which have occurred since Harco's filing of its last reply brief on this issue in August 2003.

Accordingly, it is requested that this Request for Leave to File Supplemental Memorandum be granted.

GRANTED, over objection. The Clerk shall docket the attached supplemental memorandum. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 05/14/04