UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARCO LABORATORIES, INC.<br>Plaintiff,<br><br>vs.<br><br>GOODRICH CORPORATION and<br>ROSEMOUNT AEROSPACE INC.,<br><br>Defendants. | Civil Action No. 3:01-CV-1277 (AWT)<br><br>**STIPULATION OF DISMISSAL** |

The parties having settled, hereby stipulate and agree as follows:

1. All claims and counterclaims in this action are hereby dismissed with prejudice.

2. Each party will bear its own attorney's fees and costs.

Respectfully Submitted,

Dated: 4/15/____, 2005                    Dated: 4/14/____, 2005

**PLAINTIFF, HARCO LABORATORIES, INCORPORATED**

*[signature]*

Wesley W. Whitmyer, Jr. (ct03509)
Stephen P. McNamara (ct01220)
Arlana S. Cohen (ct21707)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905-5619
Ph. (203) 324-6155
Fx. (203) 327-1096

**DEFENDANTS, GOODRICH CORPORATION and ROSEMOUNT AEROSPACE INC.**

*[signature]*

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Ph. (860) 275-0100
Fx: (860) 275-0343